IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| XENOS, INC., a Nebraska corporation; and OTTILIA CHAPMAN, an individual,<br><br>                    Plaintiffs,<br><br>vs.<br><br>TILLY'S, INC., a Delaware corporation,<br><br>                    Defendant. | 8:13-CV-202<br><br>ORDER |

      This matter is before the Court on the Findings and Recommendation of the United States Magistrate Judge (filing 12) recommending that the plaintiffs' objection to the notice of removal and motion for remand (filing 7) be denied. No objection to the findings and recommendation has been filed.

      28 U.S.C. § 636(b)(1) provides for de novo review only when a party objects to the Magistrate Judge's findings or recommendations. *Peretz v. United States*, 501 U.S. 923 (1991). Failure to object to a finding of fact in a Magistrate Judge's recommendation may be construed as a waiver of the right to object from the district court's order adopting the recommendation of the finding of fact. NECivR 72.2(f). The Magistrate Judge's findings and recommendation advised the parties that failure to object to the findings and recommendation may be held to be a waiver of the right to appeal the Court's adoption of the recommendation. *See* filing 12. And the failure to file an objection eliminates not only the need for de novo review, but any review by the Court. *Thomas v. Arn*, 474 U.S. 140 (1985); *Leonard v. Dorsey & Whitney LLP*, 553 F.3d 609 (8th Cir. 2009); *see also United States v. Meyer*, 439 F.3d 855, 858-59 (8th Cir. 2006). Accordingly, the Court deems any objection to the Magistrate Judge's findings and recommendation waived, and will adopt the findings and recommendation.

      IT IS ORDERED:

      1.    The Findings and Recommendation of the United States Magistrate Judge (filing 12) are adopted.

2. The plaintiffs' objection to the notice of removal and motion for remand (filing 7) is denied.

Dated this 15th day of August, 2013.

                              BY THE COURT:

                              John M. Gerrard
                              United States District Judge