## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| XENOS, INC., a Nebraska corporation; and OTTILIA CHAPMAN, an individual; | **8:13CV202** |
| Plaintiffs, | |
| vs. | **MEMORANDUM AND ORDER** |
| TILLY'S, INC., a Delaware corporation; and  WORLD OF JEANS AND TOPS, INC., a California corporation; | |
| Defendants. | |

After conferring with counsel,

IT IS ORDERED:

1) The defendants' anticipated motion to file an amended answer/counterclaim shall be filed on or before January 21, 2014.  If the motion is opposed, the plaintiff is encouraged to promptly file its response to the motion.

2) A telephonic conference with the undersigned magistrate judge will be held on **February 4, 2014** at **12:30 p.m. (C.S.T.)** to discuss the status of the parties' document disclosures, any dispute over whether the defendants should be permitted to file an amended answer/counterclaim, and the progression schedule for this case.  The court will provide call-in information for the conference call.

January 7, 2014.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge

2