IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| XENOS, INC. a Nebraska corporation; and OTTILIA CHAPMAN, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>TILLY'S INC., a Delaware corporation, and WORLD OF JEANS AND TOPS, INC., a California corporation,<br><br>Defendants. | 8:13-CV-202<br><br><br>ORDER |

The Court has been advised that the parties in this case have settled their claims. Accordingly,

IT IS ORDERED:

1. On or before July 21, 2014, the parties shall file a joint stipulation for dismissal, or other dispositive stipulation, together with submitting to the undersigned judge a draft order which will fully dispose of the case.

2. Absent compliance with this order, this case (including counterclaims and the like) may be dismissed without further notice.

3. This case is removed from the Court's trial docket.

4. The Clerk of the Court shall set a dismissal papers deadline of July 21, 2014.

Dated this 20th day of June, 2014.

BY THE COURT:

John M. Gerrard
United States District Judge